FILED
CLERK, U.S. DISTRICT COURT

10/26/2023

CENTRAL DISTRICT OF CALIFORNIA
BY: CD DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2023 Grand Jury

| UNITED STATES OF AMERICA, | No. CR 2:23-cr-00523-MWF |
|---|---|
| Plaintiff, | I N D I C T M E N T |
| v. | [21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), (b)(1)(B)(viii): Possession with Intent to Distribute and Distribution of Methamphetamine; 18 U.S.C. § 924(c)(1)(A)(i): Possession of Firearm in Furtherance of a Drug Trafficking Crime; 18 U.S.C. § 922(g)(1): Felon in Possession of a Firearm and Ammunition; 21 U.S.C. § 853, 18 U.S.C. § 924, 28 U.S.C. § 2461(c): Criminal Forfeiture] |
| JOE RODRIGUEZ LUNA, | |
| Defendant. | |

The Grand Jury charges:

COUNT ONE

[21 U.S.C. §§ 841(a)(1), (b)(1)(B)(viii)]

On or about June 21, 2017, in Los Angeles County, within the Central District of California, defendant JOE RODRIGUEZ LUNA knowingly and intentionally distributed at least five grams, that is, approximately 13.65 grams, of methamphetamine, a Schedule II controlled substance.

COUNT TWO

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii)]

On or about June 26, 2019, in Los Angeles County, within the Central District of California, defendant JOE RODRIGUEZ LUNA knowingly and intentionally possessed with intent to distribute at least fifty grams, that is, approximately 247.9 grams, of methamphetamine, a Schedule II controlled substance.

COUNT THREE

[18 U.S.C. § 924(c)(1)(A)(i)]

On or about June 26, 2019, in Los Angeles County, within the Central District of California, defendant JOE RODRIGUEZ LUNA knowingly possessed a firearm, namely, a Taurus, model PT11 G2 Millennium, .9mm Luger caliber handgun, bearing an obliterated serial number, in furtherance of a drug trafficking crime, namely, Possession with Intent to Distribute Methamphetamine, in violation of Title 21, United States Code, Section 841(a)(1), as charged in Count Two of this Indictment.

COUNT FOUR

[18 U.S.C. § 922(g)(1)]

On or about June 26, 2019, in Los Angeles County, within the Central District of California, defendant JOE RODRIGUEZ LUNA knowingly possessed a firearm, namely, a Taurus, model PT11 G2 Millennium, 9mm Luger caliber handgun, bearing an obliterated serial number, and ammunition, namely, 23 rounds of Luger 9mm caliber ammunition, 26 rounds of Winchester Ammunition .44 caliber ammunition, 17 rounds of Fiocchi Munizioni S.p.A. .410 bore ammunition, and 29 rounds of Remington Arms Company .22 caliber long rifle ammunition, in and affecting interstate and foreign commerce.

Defendant LUNA possessed such firearm and ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

(1) Assault with a Deadly Weapon, in violation of California Penal Code Section 245(a)(2), in the Superior Court of the State of California, County of Los Angeles, case number NA043987, on or about March 9, 2001;

(2) Transportation/Sale of Controlled Substance, in violation of California Health & Safety Code Section 11352(a), in the Superior Court of the State of California, County of Los Angeles, case number NA071397, on or about February 14, 2007; and

//
//

            (3)   Felon in Possession of a Firearm, in violation of California Penal Code Section 29800(a)(1), in the Superior Court of the State of California, County of Los Angeles, case number NA097831, on or about June 2, 2014.

FORFEITURE ALLEGATION ONE

[21 U.S.C. § 853; 18 U.S.C. § 924; 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offenses set forth in any of Counts One or Two of this Indictment.

2. The defendant, if so convicted, shall forfeit to the United States of America the following:

(a) All right, title and interest in any and all property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of any such offense;

(b) All right, title, and interest in any firearm or ammunition involved in or used in any such offense, including but not limited to the following:

1. One Taurus, model PT11 G2 Millennium, .9mm Luger caliber handgun, bearing an obliterated serial number;

2. 23 rounds of Luger 9mm caliber ammunition;

3. 26 rounds of Winchester Ammunition .44 caliber ammunition;

4. 17 rounds of Fiocchi Munizioni S.p.A. .410 bore ammunition;

5. 29 rounds of Remington Arms Company .22 caliber long rifle ammunition; and

    (c) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a) and (b).

  3. Pursuant to Title 21, United States Code, Section 853(p), the defendant, if so convicted, shall forfeit substitute property if, by any act or omission of the defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

FORFEITURE ALLEGATION TWO

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1. Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of the defendant's conviction of the offenses set forth in any of Counts Three or Four of this Indictment.

2. If so convicted, the defendant shall forfeit to the United States of America the following:

   (a) All right, title, and interest in any firearm involved in or used in any such offense, including but not limited to the following:

      1. One Taurus, model PT11 G2 Millennium, .9mm Luger caliber handgun, bearing an obliterated serial number;

      2. 23 rounds of Luger 9mm caliber ammunition;

      3. 26 rounds of Winchester Ammunition .44 caliber ammunition;

      4. 17 rounds of Fiocchi Munizioni S.p.A. .410 bore ammunition;

      5. 29 rounds of Remington Arms Company .22 caliber long rifle ammunition; and

   (b) To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3. Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), the

8

defendant, if so convicted, shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

                                        A TRUE BILL

                                         /s/
                                    _____
                                        Foreperson

E. MARTIN ESTRADA
United States Attorney

*[signature]*

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Chief, Violent and Organized
Crime Section

KEVIN B. REIDY
Assistant United States Attorney
Major Frauds Section

SURIA M. BAHADUE
Assistant United States Attorney
Criminal Appeals Section